IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

SANTOS ROMAN CRUZ,

        Plaintiff,

v.

BRIAN KENT SHADWICK et al.,

        Defendants.

Case No. 24-CV-232-JFH-SPS

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Steven P. Shreder. Dkt. No. 36. The Magistrate Judge recommends that the motions to dismiss filed by Defendants [Dkt. Nos. 13, 17, 18, 20] be granted.

No party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Defendants' motions to dismiss [Dkt. No. 13, 17, 18, 20] are GRANTED and Plaintiff's claims are DISMISSED without prejudice.

IT IS SO ORDERED this 1st day of November 2024.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE